No. 84–6075.  TISON v. ARIZONA (two cases), 481 U. S. 137. Motion of California Appellate Project for leave to file a memorandum as *amicus curiae* denied.  Petition for rehearing denied.

JUNE 11, 1987

No. A–899.  GLASS v. BUTLER, WARDEN.  Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.